UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ISTVAN KELE,

                        Plaintiff,

     v.                                     04-CV-377

JACK PELKEY, Franklin County Sheriff;
JERRY DOW, Franklin County Jail Deputy;
WILBUR BAILEY, JR., Franklin County Jail Deputy;
And TIMOTHY FOURNIER, Franklin County Jail Deputy,
                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

      This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. George H. Lowe, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      No objections to the December 19, 2006 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly this Court adopts the Report-Recommendation for the reasons stated therein and DISMISSES the Complaint.

      IT IS SO ORDERED.

Dated: January 26, 2007

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge